(September 23, 1999)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM CARRASQUILLO, Appellant. [696 NYS2d 806] —Judgment, Supreme Court, New York County (Herbert Altman, J.),

rendered August 7, 1997, convicting defendant, upon his plea of guilty, of attempted criminal possession of a controlled substance in the fifth degree, and sentencing him, as a second felony offender, to a term of 1½ to 3 years, unanimously affirmed.

Defendant's suppression motion was properly denied. We see no reason to disturb the court's credibility determinations, which are supported by the record. Concur—Ellerin, P. J., Tom, Mazzarelli, Wallach and Lerner, JJ.